**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**CEDRIC GLAZE**                                                                                        **PLAINTIFF**

v.                                            **CASE NO. 2:11CV00242 BSM**

**STATE OF ARKANSAS et al.**                                                                **DEFENDANTS**

## ORDER

On June 26, 2012, plaintiff Cedric Glaze was ordered to file a response to separate defendants Green's and Rhodes's motion to compel by Friday, July 6, 2012. [Doc. No. 32]. Because Glaze has failed to comply, the motion to compel [Doc. No. 25] is granted, and Glaze is hereby directed to respond to Green's and Rhodes's first set for interrogatories and requests for production within ten days.

Additionally, Glaze is hereby reminded of his obligation to monitor and diligently prosecute this action. *See* Local Rule 5.5(c)(2) (providing for dismissal without prejudice when a party fails to respond within thirty days to any order).

IT IS SO ORDERED this 10th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE